FILED: July 28, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4167
(3:17-cr-00184-RJC-DSC-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

WILLIAM TODD COONTZ

        Defendant - Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Gregory, Judge Wynn, and Judge Richardson.

        For the Court

        /s/ Patricia S. Connor, Clerk